IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

CHRISTIAN M. TAYLOR,
    Plaintiff,

v.                                      Civil No. 3:23cv05 (DJN)

DR. YANCEY, et al.,
    Defendants.

## MEMORANDUM OPINION

On January 10, 2023, the Court conditionally docketed Plaintiff's action. (ECF No. 5.) Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on February 23, 2023, the Court directed Plaintiff to pay an initial partial filing fee of $8.45 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. (ECF No. 10); *see* 28 U.S.C. § 1915(b)(1) (proceedings *in forma pauperis*). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.[1]

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Final Order shall issue.

                                                         /s/
                                           David J. Novak
                                           United States District Judge

Richmond, Virginia
Dated: April 5, 2023

---

[1] The Court will DENY as MOOT Plaintiff's various pending Motions, (ECF Nos. 2–4, 9).